FILED

1   *Name:* Khaled Media LLC

2   *Address:* 976 Avaneda del vist    APt C-38   2023 JUN 15 PM 3: 22

3    Corona CA 92882      CLERK U.S. DISTRICT COURT
                                           CENTRAL DIST. OF CALIF.
                                              RIVERSIDE

4   *Phone:* 1-949 60 3818      BY:_____

5    Plaintiff In Pro Per

6

7                **UNITED STATES DISTRICT COURT**

8             **CENTRAL DISTRICT OF CALIFORNIA**

9

10   Avanuddin Khaled Saighani Doing Bessness as Khaled Media llc

                   ED CV 23 - 01147-FLA(SHKx)

              ) Case No.: (To be supplied by the Clerk)

11        **PLAINTIFF,**       ) **COMPLAINT FOR:**

12       **VS.**                  )

13    Ariana Television      ) _____

14    Rick F Buttner        ) _____

15    220 Ponte Vedra Park Dr   ) _____

16    Suite 220, Ponte Vedra Beach )

17    Fl Miami, Fl 32082   united ) **Jury Trial Demanded**

18       **DEFENDANT(S).** State )

19

20

21                   **I. JURISDICTION**

22      1. This Court has jurisdiction under _____

23    _____

24    _____

25    _____

26    _____

27    _____

28    _____

B/D
N/S

Pro Se Clinic Form                *Page Number*

| | |
|---|---|
| 1 | |
| 2 | **II. VENUE** |
| 3 | 2. Venue is proper pursuant to _____ |
| 4 | _____ |
| 5 | _____ |
| 6 | _____ |
| 7 | |
| 8 | |
| 9 | **III. PARTIES** |
| 10 | |
| 11 | |
| 12 | 3.  Plaintiff's name is _Khaled Media llc_ . Plaintiff resides |
| 13 | at: _976 Araneda del vista APt-C-06 Corona CA 92882_ |
| 14 | _____ |
| 15 | _____ |
| 16 | _____ |
| 17 | |
| 18 | 4. Defendant _Ariana Television_ |
| 19 | _Rick F Buttner_ |
| 20 | _220 Ponte vedra Park Dr Suite 220, Ponte Vedra_ |
| 21 | _Beach Fl Miami, FL 32082 united State_ |
| 22 | _VideoLink :_ |
| 23 | _http://www.youtube.com/watch?v=yc1rZ1a8aZ1_ |
| 24 | 5. Defendant _____ |
| 25 | _____ |
| 26 | _____ |
| 27 | _____ |
| 28 | _____ |

Pro Se Clinic Form                    *Page Number*

1

## IV. STATEMENT OF FACTS

2

3    _Insert ¶ #_    Kholed Media LLc is a media managmant and

4    Record Label that manige Defrent Artist world wide

5    and kholed Media llc own the full Right on Belhf

6    of our Artist, Resently we find out that our

7    Artist Songs have Ben Reuploded an disterbuted

8    by Arian Tv witout our Permecation

9    Link for the Song,

10   http://wwww.youtube.com/watch?v=yc1rZ1a8a21

11

12   _Insert ¶ #_

13

14

15

16

17

18

19

20

21   _Insert ¶ #_

22

23

24

25

26

27

28

Pro Se Clinic Form                    *Page Number*

1
2

## V. <u>CAUSES OF ACTION</u>

3
4
uploded, and distorbuted my Artist Songs wilhout our Permission

## <u>FIRST CAUSE OF ACTION</u>

5
( and thats why we have to take Legl Action )

6
*insert title of cause of action*

7
**(As against Defendant(s):** Ariana Television

8
)

9
10
___. Reck F Buttner
*Insert ¶ #*

11
220 Ponte Vedra Park Dr Suite 220, Ponte vedra

12
Beach FL Miami, FL 32082 United State

13

14
Link for the Song: http://www.youtub.com/watch?v=YclvI

15
108aZ1

16
17
*Insert ¶ #*

18
19
20
21
22
23
*Insert ¶ #*
24
25
26
27
28

1

## VII. DEMAND FOR JURY TRIAL

2

3

4    Plaintiff hereby requests a jury trial on all issues raised in this complaint.

5

6

7                        Dated: _6 -15 - 2023_____

8

9

10                       *Sign:* _____

11                       *Print Name:* Ayamuddin Whaled Sciighani

12                            Plaintiff in pro per

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28